**Order entered August 31, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00928-CV

## VALET LIVING, LLC AND VALET PARENT, INC. D/B/A VALET WASTE HOLDINGS, INC., Appellant

### V.

## JASMINE AMBER MITCHELL, Appellee

### On Appeal from the 44th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-20-09789

### ORDER

By letter of August 9, 2022, we requested that the parties advise the Court of the status of this appeal within ten days. By separate letter, we requested the Dallas County District Clerk to file a supplemental clerk's record containing the trial court's Amended Order for Non-Suit signed on July 28, 2022, in the underlying case. The District Clerk complied with our request, but the parties did not. When contacted by the Clerk Pro Tempore by telephone on August 24, 2022, counsel for

appellant reported that the case had been settled and a motion to dismiss the appeal would be filed. To date, however, no motion has been filed.

Accordingly, it is **ORDERED** that appellant file, no later than **September 6, 2022**, either a motion to dismiss the appeal or a letter brief showing cause why the appeal should not be dismissed. We caution that the appeal may be dismissed without further notice if appellant fails to file the requested motion or letter brief. TEX. R. APP. P. 42.3(c).

/s/    LESLIE OSBORNE
        JUSTICE